ACCEPTED
03-15-00317-CV
7907203
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/19/2015 1:54:06 PM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00317-CV

| | | |
|---|---|---|
| TERRY RANDALL | § | IN THE THIRD DISTRICT |
| Appellant, | § | |
| | § | FILED IN<br>3rd COURT OF APPEALS<br>AUSTIN, TEXAS |
| V. | § | COURT OF APPEALS 11/19/2015 1:54:06 PM |
| | § | JEFFREY D. KYLE<br>Clerk |
| HERBERT J WALKER dba | § | |
| WALKER WATER WELL; and | § | |
| WALKER WATER WELL | § | |
| SERVICES, LLC | § | |
| Appellee. | § | AUSTIN, TEXAS |

### APPELLEE'S MOTION FOR EXTENSION OF TIME
### TO FILE BRIEF

Appellee Herbert Walker files this Motion for Extension of Time to File Brief pursuant to TEX. R. APP. P. 38.6(d) and would respectfully show:

Appellant filed his brief on September 29, 2015, making Appellee's brief due on October 29, 2015. However, Appellant mistakenly failed to perfect service of his brief on Appellee. Appellee first obtained a copy of Appellant's brief on November 18, 2015, after receiving a notice from the Clerk that Appellee's brief was past due. Appellee is requesting an extension of 50 days of the original deadline, which would make Appellee's brief due on December 18, 2015. Such an extension would allow Appellee 30 days from the date he actually received Appellant's brief in which to file, as contemplated by TEX. R. APP. P. 38.6(b). No previous extension has been granted regarding Appellee's brief. This extension of time is not sought for the purposes of delay, but so that justice may be done.

Respectfully submitted,

Alex Metcalf
807 Pecan Street
Bastrop, Texas 78602
Tel: (512) 303-6963
Fax: (512) 303-6766
Email: rule21a@lostpineslawyer.com


By:   /s/     Alex Metcalf
    Alex Metcalf
    State Bar No. 24058000
    Attorney for Herbert Walker

## Certificate of Conference

As required by Texas Rule of Appellate Procedure 10.1(a)(5), I certify that I have conferred, or made a reasonable attempt to confer, with all other parties—which are listed below—about the merits of this motion with the following results:

| | |
|---|---|
| Party: | Terry Randall |
| Lead attorney: | S. Cory Sells |
| Result: | Agreed to the requested extension. |


By:   /s/     Alex Metcalf
    Alex Metcalf
    Attorney for Appellee

## Certificate of Service

I certify that a true copy of this Motion to Extend Time was served in accordance with rule 9.5 of the Texas Rules of Appellate Procedure on each party or that party's lead counsel as follows:

| | |
|---|---|
| Party: | Terry Randall |
| Lead attorney: | S. Cory Sells |
| Address: | 1111 North Loop West, Suite 702, Houston, Texas 77008 |

Method of service: by fax
Date of service: November 19, 2015

By: /s/ Alex Metcalf
      Alex Metcalf
      Attorney for Appellee